| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-6<br>Case 24-60416<br>Eastern District of Texas<br>Tyler<br>Mon Aug  5 14:41:08 CDT 2024 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial c/o AIS Portfolio Services, L<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial, Inc<br>Attn: Bankruptcy<br>500 Woodard Ave<br>Detroit, MI 48226-3416 | Barns Across America, Inc.<br>c/o Hagwood and Tipton, PC<br>P.O. Box 726<br>Paris, TN 38242-0726 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Jaclyn Carr<br>Wilson, Robertson & VanDeventer, P.C.<br>909 ESE Loop 323<br>Suite 400<br>Tyler, TX 75701-9103 | Cherokee Central Appraisal District<br>McCreary Veselka Bragg & Allen, P.C.<br>c/o Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Cherokee County<br>c/o Lee Gordon<br>PO BOX 1269<br>Round Rock, TX 78680-1269 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>6801 Cimarron Rd<br>Las Vegas, NV 89113-2273 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln, NE 68501-2561 | East Tx Professional CU<br>PO BOX 6750<br>Longview, TX 75608-6750 |
| Financial Pacific Leasing<br>PO BOX 4568<br>Federal Way, WA 98063-4568 | (p)FIRST SAVINGS BANK   BLAZE<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | Jason P Ford<br>265 CR 1721<br>Rusk, TX 75785-3520 |
| Jodi R Ford<br>265 CR 1721<br>Rusk, TX 75785-3520 | Fortiva<br>Attn: Bankruptcy<br>PO Box 105555<br>Atlanta, GA 30348-5555 | IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 |
| Lloyd Kraus<br>Plaza Tower<br>110 N. College Ave., 12th Floor<br>Tyler, TX 75702-7226 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | William H. Lively Jr.<br>WHL, PLLC<br>432 S. Bonner Ave.<br>Tyler, TX 75702-8033 |
| Office of the Attorney General<br>Child Support Division<br>3520 Robertson Road, Ste. 501<br>Tyler Texas  75701 | Office of the U. S. Trustee<br>110 N. College, Suite 300<br>Tyler, TX 75702-7231 | Julie Anne Parsons<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 |
| Roadrunner Account Services<br>Attn: Bankruptcy<br>5525 N Macarthur Blvd, Ste 660<br>Irving, TX 75038-2671 | Standing Chapter 13 Trustee<br>110 N. College, 12th Floor<br>Tyler, TX 75702-7242 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas National Bank<br>Wilson, Robertson, & VanDeventer, P.C.<br>909 E Southeast Loop 323, Suite 400<br>Tyler, TX 75701-9103 | Texas Workforce Commission<br>101 E. 15th Street, Room 556<br>Austin, TX 78778-0001 |

```
The County of Cherokee, Texas            Tx Natl Bank                              U.S. Attorney General
McCreary Veselka Bragg & Allen, P.C.     300 Neches St                             Department of Justice
c/o Julie Anne Parsons                   Jacksonville, TX 75766-4932               Main Justice Building
P.O. Box 1269                                                                      10th & Constitution Ave., NW
Round Rock, TX 78680-1269                                                          Washington, DC 20530-0001


US DEPARTMENT OF EDUCATION C/O NELNET    US Trustee                                United States Attorney
121 SOUTH 13TH STREET                    Office of the U.S. Trustee                110 North College
LINCOLN NE 68508-1904                    110 N. College Ave.                       Suite 700
                                         Suite 300                                 Tyler, Texas 75702-0204
                                         Tyler, TX 75702-7231


Verizon Wireless
Attn: Bankruptcy
500 Technology Dr, Ste 599
Weldon Springs, MO 63304-2225
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
First Savings Bank/Blaze                 Texas Comptroller of Public Accounts
Attn: Bankruptcy                         Revenue Accounting Div-Bankruptcy Sectio
PO Box 5096                              PO BOX 13528
Sioux Falls, SD 57117                    Austin, TX 78711-3528
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Cherokee Central Appraisal District   (d)Jason P Ford                           (d)Jodi R Ford
McCreary, Veselka, Bragg & Allen, P.C.   265 CR 1721                               265 CR 1721
c/o Julie Anne Parsons                   Rusk, TX 75785-3520                       Rusk, TX 75785-3520
P.O. Box 1269
Round Rock, TX 78680-1269


(d)The County of Cherokee, Texas         (d)William H. Lively, Jr.                 End of Label Matrix
McCreary, Veselka, Bragg & Allen, P.C.   WHL, PLLC                                 Mailable recipients   36
c/o Julie Anne Parsons                   432 S. Bonner Ave.                        Bypassed recipients    5
P.O. Box 1269                            Tyler, TX 75702-8033                      Total                 41
Round Rock, TX 78680-1269
```