Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Plaza Tower
110 N. College Avenue
Ninth Floor
Tyler, TX 75702

Bankruptcy Proceeding No.: 24−60416
Chapter: 13
Judge: Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jason P Ford | Jodi R Ford |
| 265 CR 1721 | 265 CR 1721 |
| Rusk, TX 75785 | Rusk, TX 75785 |

Social Security / Individual Taxpayer ID No.:
  xxx−xx−0311                                      xxx−xx−1246

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Plaza Tower, 110 N. College Avenue, Ninth Floor, Tyler, TX 75702

on 9/12/24 at 10:00 AM

to consider and act upon the following:

Chapter 13 Trustee's Motion to Dismiss Case With Prejudice for 120 Days for Failure to Make Plan Payments and Setting Hearing Filed by Lloyd Kraus Hearing scheduled for 9/12/2024 at 10:00 AM at Plaza Tower Courtroom. (Attachments: # 1 Proposed Order)(Kraus, Lloyd)

Dated: 8/21/24

                                                                Jason K. McDonald
                                                                Clerk, U.S. Bankruptcy Court